IN THE MATTER OF THE
APPLICATION OF MERRY LYNN
ALBERT LYMN TO RESIGN FROM
THE PRACTICE OF LAW IN
MARYLAND

\*
\*
\*
\*
\*
\*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 59

September Term, 2025

## ORDER

Upon consideration of the "Sworn Application to Resign Per Rule 19-735" filed by Merry Lynn Albert Lymn in the above-captioned case on April 24, 2026, in which Ms. Lymn requests permission to resign from the practice of law in the State of Maryland pursuant to Rule 19-735, and Bar Counsel's "Response to the Application of Merry Lymn to Resign from the Practice of Law" filed on April 30, 2026, advising that Bar Counsel conducted an investigation, is satisfied that the requirements of Rule 19-735(b) have been met, and requests that the application be accepted, it is this 4th day of May 2026,

ORDERED, by the Supreme Court of Maryland, that the resignation of Merry Lynn Albert Lymn from the Bar of the State of Maryland is accepted; and it is further

ORDERED, that, pursuant to Rule 19-735(e), the Clerk of this Court shall remove the name Merry Lynn Albert Lymn from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the clerks of all judicial tribunals in this State; and it is further

ORDERED, that the Clerk of the Court shall give any notice required by Rule 19-707(e).

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Shirley M. Watts
Senior Justice